UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-02217-TLN-EFB<br><br>**ORDER** |

　　　　Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 19, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

In addition to filing objections, Plaintiff filed a "motion to stay" these proceedings because he has limited access to his typewriter, which he uses for typing complaints. (ECF No. 13.) The Court has not ordered plaintiff to file an amended complaint and there are no other filing deadlines pending. Plaintiff's motion to stay this action is DENIED.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 19, 2020, are ADOPTED IN FULL;

2. Plaintiff's application to proceed in forma pauperis (ECF Nos. 2, 7, 9) is DENIED;

3. Plaintiff is ordered to pay the $400 filing fee within fourteen days from the date of this Order, and is admonished that failure to do so will result in the dismissal of this action; and

4. Plaintiff's motion to stay (ECF No. 13) is DENIED.

DATED: May 27, 2020

Troy L. Nunley
United States District Judge